CHARLES L. DECKER, APPELLANT, v. HUDSON COUNTY BOARD OF TAXATION ET AL., RESPONDENTS.

Argued November 25, 1914—Decided December 9, 1914.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"*Per curiam*—The defendants are entitled to judgment. The reasons are sufficiently stated in the opinion filed in the case of *Commercial Trust Co.* v. *Hudson County Board of Taxation*, 86 *N. J. L.* 424."

For the appellant, *Gilbert Collins* and *John R. Hardin* (*Fisk & Fisk* on the brief).

For the respondents, *Herbert Boggs* and *Carlton B. Pierce* (*James J. Murphy* on the brief).

PER CURIAM.

The judgment of the Supreme Court is affirmed for the reasons stated in the case of *Commercial Trust Co.* v. *Hudson County Board of Taxation*, decided January 7th, 1915, *ante p.* 179.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.   13.

*For reversal*—None.